UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Christopher Buckley | ) | Case No. 21-43565-659 |
| | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | Motion to Dismiss |
| | ) | Response Due: 4/14/2023 |

## **CERTIFICATION OF NO RESPONSE**

The undersigned certifies that all entities entitled to notice of the Debtor's Motion to Dismiss in accordance with the Local Bankruptcy Rules have been served with the foregoing motion and the time for response has passed. No responses in opposition have been filed or any responses in opposition have been resolved. Movant requests the Court enter the Chapter 7 Dismissal Order.

/s/ Andrew Magdy
Andrew R Magdy 60390MO
Schmidt Basch, LLC
1034 S. Brentwood Blvd. Ste. 1555
Saint Louis MO 63117
314-721-9200/913-224-1622 (fax)
amagdy@schmidtbasch.com